**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Francisco RUIZ–SILVA, Defendant–
Appellant.**

No. 06–50411.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 19, 2007.

Office of the U.S. Attorney, San Diego,
CA, for Plaintiff–Appellee.

Francisco Ruiz–Silva, Fort Dix, NJ, pro
se.

Siri Shetty, Esq., San Diego, CA, for
Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON,
and BEA, Circuit Judges.

MEMORANDUM **

Francisco Ruiz–Silva appeals from the
75–month sentence imposed following his
conviction for being a deported alien found
in the United States, in violation of 8
U.S.C. § 1326(a). We have jurisdiction
under 28 U.S.C. § 1291, and we remand
this case for further proceedings consis-
tent with *United States v. Ameline*, 409
F.3d 1073 (9th Cir.2005) (en banc).

Appellant contends that he should re-
ceive resentencing because he was sen-
tenced at a time when the United States
Sentencing Guidelines were mandatory, in
violation of *United States v. Booker*, 543
U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621
(2005). Because the district court vacated
and reentered judgment, his conviction is
"not yet final" on direct review, and so he
is entitled to the benefit of the *Booker*
decision. *See Griffith v. Kentucky*, 479
U.S. 314, 323, 107 S.Ct. 708, 93 L.Ed.2d
649 (1987); *see also United States v. LaF-
romboise*, 427 F.3d 680, 683 (9th Cir.2005)
(noting that a conviction is not final with-
out an amended judgment of conviction).
Accordingly, we remand this case to the
district court for the limited purpose of
determining whether, if it had known that
the Guidelines were advisory, it would
have imposed a materially difference sen-
tence than the one it did impose. *See
Ameline*, 409 F.3d at 1084–85.

We reject appellant's remaining conten-
tions. *See United States v. Zepeda–Mar-
tinez*, 470 F.3d 909, 912 (9th Cir.2006);
*United States v. Weiland*, 420 F.3d 1062,
1079 n. 16 (9th Cir.2005).

**REMANDED.**

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.